### 3539. DANIEL v. PERSONS.

HILL, C. J. The controlling question of law raised by the record in this case having been certified by this court to the Supreme Court for instruction, and that court having decided this question adversely to the contention of the plaintiff in error and in accord with the judgment of the lower court (137 *Ga.* 826, 74 S. E. 260), and there remaining in the record no other question for decision by this court, the judgment is     *Affirmed. Pottle, J., not presiding.*

DECIDED APRIL 2, 1912.

Habeas corpus; from city court of Monticello—Judge Thurman. May 30, 1911.

*Doyle Campbell,* for plaintiff. *W. S. Florence,* for defendant.